# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3153

_____

United States of America

*Plaintiff - Appellee*

v.

Deshawn Myrick, also known as Ricky Cooper, also known as Shakey

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: January 18, 2016
Filed: January 28, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

At a supervised-release revocation hearing, the district court[1] found that Deshawn Myrick had committed several Grade C violations of his release conditions

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

while serving a term of supervised release on a federal criminal sentence. The court revoked supervised release and imposed a revocation sentence of 4 months in prison and 56 months of supervised release. On appeal, Myrick contends that the new supervised release term is substantively unreasonable. Upon careful review of the record, including the district court's comments at the revocation hearing about Myrick's criminal history, substance abuse, and supervised-release violations, we conclude that the court did not abuse its discretion. See United States v. Asalati, 615 F.3d 1001, 1006 (8th Cir. 2010) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

_____